TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00694-CV

Jane Vorwerk, Appellant

v.

Bill Matyastik and Rose Snider, Appellees

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 26,497, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

PER CURIAM

 In this appeal, appellant complains of a district court September 1, 1999 order
which admitted will to probate and authorized letters testamentary. The September 1, 1999 order
has been set aside by this Court's opinion in In re Jane Vorwerk, 03-99-478-CV, handed down
today. Accordingly, we dismiss as moot the appeal in 03-99-694-CV and appellant's motion to
extend time to file notice of appeal.

Before Justices Jones, B. A. Smith and Yeakel

Appeal Dismissed as Moot

Filed: November 30, 1999

Do Not Publish